| In re:<br>**Barbara Jean Dunne** | Debtor(s). | CHAPTER: **13**<br>CASE NUMBER: **8:11-bk-13087** |
|---|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**635 Camino de los Mares, Suite 100**
**San Clemente, CA 92673**

A true and correct copy of the foregoing document described as __**ENTERED ORDER GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**__  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __3/16/2011__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Amrane Cohen : efile@ch13ac.com
United States Trustee (SA) : ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __3/16/2011__, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**United States Trustee (SA)**
**411 W Fourth St., Suite 9041**
**Santa Ana, CA 92701-4593**

**Honorable Robert Kwan**
**United States Bankruptcy Court**
**411 West Fourth Street, Suite 5165**
**Santa Ana, CA 92701-4593**

☒ Service information continued on attached page

**III. SERVED BY TELEPHONIC, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on __3/15/2011 & 3/16/2011__, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **March 16, 2011** | **Alicia Thompson** | *(signature)* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August  2010*
Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com

**9013-3.1.PROOF.SERVICE**
Best Case Bankruptcy

| In re: **Barbara Jean Dunne** Debtor(s). | CHAPTER **13** <br> CASE NUMBER **8:11-bk-13087** |
|---|---|

**SERVED BY TELEPHONIC, FACSIMILE TRANSMISSION OR EMAIL:**

Tanya Kinne - at Solomon, Grindle, Silverman, & Winteringer APC:     Phone: (858) 793-8263 ext. 244
Attorney's for JP Morgan Chase Bank, N.A.     Fax #: (858) 792-8263

Becky Schmeling - Wells Fargo Bank, N.A.:     Phone: (800) 241-0039

Kathy - One West Bank:     Phone: (877) 736-5556
    Fax #: (269) 353-2620

Darlene Vigil - Barrett Daffin Frappier Treder & Weiss, LLP:     Phone: (626) 371-7026
Attorney's For One West Bank

Linda Conway - for Chapter 13 Trustee:     Phone: (714) 621-0200

Amrane Cohen - Chapter 13 Trustee:     email: efile@ch13ac.com

**SERVED BY U.S. MAIL:**

| | | |
|---|---|---|
| Barbara Jean Dunne <br> 23436 Coso <br> Mission Viejo, CA 92692 | Wells Fargo Bank, N.A. <br> P.O Box 5058 MAC P6053-021 <br> Portland, OR 97208 | Affinion Benefits Group, LLC <br> PO Box 41869 <br> Nashville, TN 37204 |
| Alta Finisterra Condominium Assc. <br> C/O Roup and Associates <br> 23101 Lake Center Drive, Suite 310 | Chase Auto <br> 201 N. Walnut Street <br> Wilmington, DE 19801 | Deutsche Bank National Trust Comp <br> 15000 Surveyor Blvd <br> Suite 500 |
| *Franchise Tax Board <br> PIT Bankruptcy MS: A-430 <br> PO Box 2952 <br> Sacramento, CA 95812-2952 | HSBC Bank <br> Attn: Bankruptcy <br> PO Box 5253 <br> Carol Stream, IL 60197 | *Internal Revenue Service <br> Centralized Insolvency Operation <br> PO Box 7346 <br> Philadelphia, PA 19101-7346 |
| Kenneth Brown <br> 29 Silver Spruce Lane <br> Altadena, CA 91001 | Lake Mission Viejo Association <br> 22555 Olympiad Road <br> Mission Viejo, CA 92692 | Merchant Proceesing Ctr <br> 371 Centennial Pkwy <br> Louisville, CO 80027 |
| Merchant Services Recovery Dept <br> PO Box 9599 <br> Knoxville, TN 37940 | Transpacific Mgmt Svc <br> PO Box 4498 <br> Santa Ana, CA 92702 | OneWest Bank, FSB <br> 888 E. Walnut Street <br> Pasadena, CA 91101 |
| Orange County Tax Collector <br> PO Box 1438 <br> Santa Ana, CA 92702 | PRA Receivables Management, LLC <br> PO Box 12907 <br> Norfolk, VA 23541 | Qualia Collection Services <br> PO Box 4699 <br> Petaluma, CA 94955 |
| Solomon, Grindle, Silverman <br> & Winteringer APC <br> 12651 High Bluff Drive, Ste 300 <br> San Diego, CA 92130 | State Board of Equalization <br> PO Box 942879 <br> Sacramento, CA 94279-0098 | Transfirst <br> 1393 Veteran's Memorial <br> Hauppauge, NY 11788 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*     **F 9013-3.1**

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com     Best Case Bankruptcy